532 A.2d 822

James LETHAM, Sr., and Sondra Letham, individually and in their own right; Kristin Letham, a minor, by her parents and natural guardians, James Letham, Sr., and Sondra Letham; James Letham, Jr., a minor, by his parents and natural guardians, James Letham, Sr., and Sondra Letham, Appellants,

v.

GIMBEL BROS., INC., and Russell Tucker,

v.

James LETHAM, Sr.

James LETHAM, Sr., and Sondra Letham, individually and in their own right; Kristin Letham, a minor, by her parents and natural guardians, James Letham, Sr., and Sondra Letham; James Letham, Jr., a minor, by his parents and natural guardians, James Letham, Sr., and Sondra Letham, Appellants,

v.

Alfred J. KRZYWEICKI.

Supreme Court of Pennsylvania.

Argued Sept. 24, 1987.

Decided Nov. 2, 1987.

Jerome W. Kiger, Kiger, Alpern, Schadel & Folino, Pittsburgh, for appellants.

Louis C. Long, Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, for James Letham, Sr.—individually.

## ORDER

Prior report: 352 Pa.Super. 622, 505 A.2d 1039.

PER CURIAM:

Appeals dismissed as having been improvidently granted.

Mr. Justice Larsen and former Justice Hutchinson did not participate in the consideration or decision of this case.